BEFORE THE FIRST DIVISION, MARCH 12, 1958

**No. 61666.**—Manca, Inc. *v.* United States, protests 300578–K, etc. (New York).

**No. 61668.**—Manca, Inc. *v.* United States, protest 311078–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lenses for photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust Ct. 271, C. D. 1874); and that, in accordance with said decision, the merchandise in question is dutiable as photographic lenses, the claim of the plaintiff at 25 percent was sustained.

**No. 61669.**—Manca, Inc. *v.* United States, protests 277049–K and 277050–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the items marked "A" consist of lenses for photo enlargers and the items marked "B" consist of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, the items marked "A" are dutiable at 25 percent under paragraph 228 (b), as modified by T. D. 51802, and the items marked "B" are dutiable at 20 percent under paragraph 1551.   On the agreed facts and following the cited authority, the claims of the plaintiff were sustained.